34 So.2d 866

**Arthur W. TERMINIELLO v. HUNTS-VILLE TIMES CO. et al.**

8 Div. 384.

Supreme Court of Alabama.
Jan. 20, 1948.

PER CURIAM.

Appeal dismissed, want of prosecution.

33 So.2d 273

**Dorothy G. UPCHURCH v. N. H. CHANDLER et al.**

3 Div. 481.

Supreme Court of Alabama.
Dec. 16, 1947.

PER CURIAM.

Appeal dismissed, motion of appellant.